ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Morganti Group, Inc. and Hassan Allam | ) | ASBCA No.   62017 |
| Construction JV | ) | |
| | ) | |
| Under Contract No.     W912ER-12-C-0022 | ) | |

APPEARANCES FOR THE APPELLANT:          D. Joe Smith, Esq.
                                        Sati Harutyunyan, Esq.
                                          Jenner & Block LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:          Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        James D. Stephens, Esq.
                                        Rebecca L. Bockmann, Esq.
                                          Engineer Trial Attorneys
                                          U.S. Army Engineer District, Middle East
                                          Winchester, VA

                                        Maj Christopher J. Fuller, USMC
                                        Erin L. Hernandez, Esq.
                                        John Torresala, Esq.
                                          Trial Attorneys
                                          Western Area Counsel Office
                                          Camp Pendleton, CA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 2, 2020

_____
DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62017, Appeal of Morganti Group, Inc. and Hassan Allam Construction JV, rendered in conformance with the Board's Charter.

Dated:  September 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals